

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00278-CV

Susan **CAMMACK,**
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

# O R D E R

The Appellant's Second Opposed Motion to Extend Time to File Appellant's Reply to Appellee's Brief is hereby GRANTED. Time is extended to January 15, 2019.

It is so **ORDERED** on this 10th day of January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court